IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANA S. CANNON,

    Petitioner,

v.                                          4:15cv404–WS/EMT

MARK S. INCH,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 56) docketed April 23, 2021. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be DENIED. Petitioner ("Cannon") has filed objections and amended objections (ECF Nos. 59 & 60) to the magistrate judge's report and recommendation.

The undersigned has reviewed the record in light of Cannon's objections but finds no basis upon which to reject the magistrate judge's report and recommendation. The undersigned agrees that Cannon has failed to demonstrate

that she is entitled to relief under 28 U.S.C. § 2254.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 60) is ADOPTED and incorporated by reference into this order.

2. Cannon's § 2254 habeas corpus petition (ECF No. 1) is DENIED.

3. A certificate of appealability is DENIED.

4. The clerk shall close the case.

DONE AND ORDERED this __17th__ day of __June__, 2021.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE